The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> SUNG HONG, <br>    aka LAURENCE HONG, <br>    aka LAWRENCE HONG, <br> and <br> HYUN JOO HUNG <br>    aka GRACE HONG, <br><br> Defendants. | NO. CR17-163-TSZ <br><br> FIRST BILL OF PARTICULARS FOR FORFEITURE |

The United States of America, by and through its undersigned counsel, hereby files the following Bill of Particulars for Forfeiture of Property.

1.    The Indictment (Dkt. No. 31) seeks forfeiture of property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) for violations of 18 U.S.C. § 1343 (Wire Fraud), and pursuant to 18 U.S.C. § 982(a)(1) for violations of 18 U.S.C. §§ 1956, 1957 (Laundering of Monetary Instruments, Transacting in Criminally Derived Property, and Conspiracy to Launder Monetary Instruments).

2.    The United States hereby gives notice that, in addition to the general

FIRST BILL OF PARTICULARS RE: FORFEITURE
U.S. v. Laurence Hong and Grace Hong (CR17-163-TSZ) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

forfeiture provisions set forth in the Indictment alleging forfeiture upon the defendants' conviction of the Wire Fraud offenses charged in Counts 1-6, the United States is also seeking forfeiture of the following property:

    a.    One (1) 2015 Aston Martin DB9, Vehicle Identification Number SCFFDAFM9FGB16266.

DATED this 15th day of August, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

/s/ Neal B. Christiansen

NEAL B. CHRISTIANSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Neal.Christiansen2@usdoj.gov

FIRST BILL OF PARTICULARS RE: FORFEITURE
U.S. v. Laurence Hong and Grace Hong  (CR17-163-TSZ) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

        s/ Michael McLaren
Michael McLaren, FSA Paralegal IV
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-2242
FAX: 206/553-6934
E-mail: Michael.McLaren@usdoj.gov

FIRST BILL OF PARTICULARS RE: FORFEITURE
U.S. v. Laurence Hong and Grace Hong (CR17-163-TSZ) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970